# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141462-3 & (71)

TOWNSHIP OF RICHMOND,
          Plaintiff-Appellee/
          Cross-Appellant,

v                                                       SC: 141462-3
                                                        COA: 288625; 290054
                                                        Macomb CC: 2006-001054-CZ;
RONDIGO, LLC,                                           2006-004429-CZ
          Defendant-Appellant/
          Cross-Appellee.
_____/

On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2010                                    _____
                                                                        Clerk

d1124